Certificate Number: _____

Bankruptcy Case Number: _____

# **CERTIFICATE OF DEBTOR EDUCATION**

I certify that on _____, at _____ o'clock _____,

_____ completed a course on personal financial

management given _____ by

_____,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the _____.


Date:_____    By    _____

Name    _____

Title    _____

Certificate Number: _____

Bankruptcy Case Number: _____

# **CERTIFICATE OF DEBTOR EDUCATION**

I certify that on _____, at _____ o'clock _____,

_____ completed a course on personal financial

management given _____ by

_____,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the _____.

Date:_____    By    _____

                                                       Name    _____

                                                        Title    _____